IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN NEEDLE, INC. | |
| Plaintiff, | Case No. 1:15-cv-03970 |
| v. | |
| WALGREEN CO., | |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Defendant Walgreen Co. having served neither an answer nor a motion for summary judgment, plaintiff American Needle, Inc. hereby dismisses this action with prejudice.

Dated: August 12, 2015                                            Respectfully submitted,

By:_____

Matthew M. Wawrzyn (#6276135)
*mwawrzyn@siprut.com*
Stephen C. Jarvis (#6309321)
*sjarvis@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.948.9196
**www.siprut.com**

*Counsel for American Needle, Inc.*

4825-3152-5670, v. 1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing **Notice Of Dismissal With Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system on this 12th day of August, 2015, and served electronically on all counsel of record.

          */s/ Matthew M. Wawrzyn*
          Matthew M. Wawrzyn

4842-3304-3748, v. 1